396 A.2d 14

Commonwealth v. Beatty, Appellant.

Submitted December 6, 1977. George H. Knoell, III, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 14

Commonwealth v. Beck, Appellant.

Submitted March 13, 1978. Arthur K. Dils, for appellant; LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.